# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 13, 2007

Charles R. Fulbruge III
Clerk

No. 07-10908
Summary Calendar

RICHARD JOHN FLORANCE, JR

Plaintiff-Appellant

v.

JERRY BUCHMEYER; ROBERT J DAVIS; MATTHEWS, STEIN, SHIELS, PEARCE, KNOTT, EDEN & DAVIS LLP; BRENDA TAYLOR; UNKNOWN DEPUTY CLERK OR CLERKS; COLLIN COUNTY TEXAS; STATE OF TEXAS, A federal corporation; JOHN R ROACH; YOON KIM; CHRISTOPHER M FREDERICKS; CHAD SMITH; RODNEY D PATTEN; ANTHONY G BROCATO; MARK J RUSCH; UNITED STATES OF AMERICA

Defendants-Appellees

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:07-CV-125

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Richard John Florance, Jr., a sanctioned litigant, moves to proceed on appeal from the district court's dismissal of his civil suit and for the removal of sanctions previously imposed by this court. Florance is barred from filing any pleading in this court without the prior authorization of a judge of this court,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and we have warned Florance that any filing in this court that contains inappropriate comments concerning judicial personnel or other parties will be stricken and dismissed with prejudice.  See In re: Florance, No. 07-40129 (5th Cir. Jun. 5, 2007); Florance v. Commissioner of Internal Revenue,174 F. App'x 200 (5th Cir. Mar. 29, 2006).

Despite our warning, Florance has again submitted pleadings to this court containing inappropriate comments concerning judicial personnel and other parties.  Accordingly, Florance's motions to proceed as a sanctioned litigant and to remove the sanctions previously imposed by this court are DENIED. Florance's appeal is STRICKEN from the record and DISMISSED WITH PREJUDICE.  Florance is warned that future inappropriate filings may result in monetary sanctions.  All other outstanding motions are DENIED as moot.